

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00565-CV

Ana Sophia **SPENCER** and William Alex Spencer,
Appellants

v.

Jennifer **OVERPECK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03779
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 5, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court